Terrance M. ALLEN,
Plaintiff-Appellant,

v.

Jerry SCRIBNER, Hans Van Nes, Olaf Liefson, Gordon Tween, Robert Milam, Richard Rominger, Lyndon Hawkins, Robert V. Dowell, Charles D. Hunter, and John Does 1 Thru 250, Defendants-Appellees.

No. 85–2125.

United States Court of Appeals, Ninth Circuit.

Sept. 29, 1987.

Stanley G. Hilton, San Francisco, Cal., for plaintiff-appellant.

Michael S. Sorgen, San Francisco, Cal., for appellant.

George Chris Stoll, San Francisco, Cal., Susan R. Oie, Sacramento, Cal., for defendants-appellees.

Before NELSON, CANBY and NOONAN, Circuit Judges.

### ORDER

The opinion 812 F.2d 426 (9th Cir.1987), filed March 5, 1987, is hereby amended as follows:

(1) Page 429, col. 1, lines 36–37:

Under the heading "(i)," "all of the state defendants," is replaced with "state defendants Scribner, Hans Van Nes, Richard Rominger, and Robert Dowell."

(2) Page 429, col. 2, line 5:

The semicolon following "1981" is replaced with a period. The phrase "and (iv)" is deleted and replaced with: "In his affidavit, Allen also alleges that."

(3) Page 434, footnote 17:

In the parenthetical following the citation to *Bart v. Telford,* 677 F.2d 622, 625 (7th Cir.1982)," the words "summary judgment" are changed to "motion to dismiss."